*Newton J. Herrick* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.

In the Matter of AGNES BRENNER, as Administratrix of the Estate of WILLIAM BRENNER, Deceased, Respondent, against HENRY E. BRUCKMAN, as Chairman of the State Liquor Authority, et al., Appellants.

Argued April 12, 1938; decided May 17, 1938.

*William H. Ticho* and *Monroe I. Katcher, II,* for appellants.

*David Edwards* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.

ANNA FRECHETTE, Respondent, *v.* STEPHEN H. JACKSON, Defendant, and Estate of PETER A. H. JACKSON, INC., Appellant.

Submitted April 13, 1938; decided May 17, 1938.